

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00186-CV

SHANE GORDON AND JENNIFER
GORDON

APPELLANTS

V.

DARWIN NEAL TRAHERN AND
DEBORAH TRAHERN

APPELLEES

------------

FROM THE 271ST DISTRICT COURT OF WISE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 11, 2012, we notified appellants that the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

unless appellants, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: October 11, 2012